UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANA MELO,

                Plaintiff,

-against-

EASTCHESTER UNION FREE SCHOOL DISTRICT; JUDITH T. KRAMER,

                Defendants.

25-CV-6858 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated August 26, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court, to submit an original signature, and to provide a mailing address.[1] That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed an IFP application or paid the fees, submitted an original signature, or provided a mailing address. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

---

[1] Because Plaintiff did not provide a mailing or email address, the Clerk of Court was unable to mail or email a copy of that order to Plaintiff. The Court, however, did direct the Clerk of Court to provide a copy of that order to Plaintiff should she appear at the court's Pro Se Intake window.

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:   October 9, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge