UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIANA MELO, <br><br> Plaintiff, <br><br> -against- <br><br> EASTCHESTER UNION FREE SCHOOL DISTRICT; JUDITH T. KRAMER, <br><br> Defendants. | 25-cv-6858 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the October 9, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 16, 2025
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge